Hilma E. Ahlstrom, Plaintiff, v. Charles O. Ahlstrom, Defendant.— Motion granted on condition that plaintiff perfect her appeal, place the case upon the April calendar and be ready for argument when reached;

otherwise, motion denied. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.